IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD DECHOW,

    Plaintiff,

v.                                                     CASE NO. 1:11-cv-00105-MP-GRJ

GLEIM PUBLICATIONS INC,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Motion to Extend Time to Serve a Responsive Pleading to the Complaint by Gleim Publications, Inc.  Defendant moves the Court for a one week extension of time to respond to the Complaint.  Plaintiff does not oppose the requested extension of time.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     Defendants' Motion to Extend Time to Serve a Responsive Pleading to the Complaint, Doc. 4, is GRANTED.

2.     Defendants must respond to Plaintiff's Complaint on or before July 26, 2011.

**DONE AND ORDERED** this   *19th* day of July, 2011

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge