IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD DECHOW,

    Plaintiff,

v.                                     CASE NO. 1:11-cv-00105-MP-GRJ

GLEIM PUBLICATIONS INC,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 7, Second Motion to Extend Time to Serve a Responsive Pleading to the Complaint by Gleim Publications Inc.  Defendant moves the Court for a three-day extension of time to respond to the Complaint.  Plaintiff does not oppose the requested extension of time.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    Defendants' Motion to Extend Time to Serve a Responsive Pleading to the Complaint, Doc. 7, is GRANTED.

2.    Defendants must respond to Plaintiff's Complaint on or before July 29, 2011.

**DONE AND ORDERED** this   *27th* day of July, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge