IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD DECHOW,

     Plaintiff,

v.                                                    CASE NO. 1:11-cv-00105-MP-GRJ

GLEIM PUBLICATIONS INC,

     Defendant.

_____/

# O R D E R

This matter is before the Court on doc. 43, Notice of Resolution by Ronald Dechow.  Pursuant to Local Rule 16.2(A), the plaintiff notifies the Court that this matter has been amicably resolved by the parties.  As such, the plaintiff requests dismissal of his claims with prejudice, with the Court reserving jurisdiction to enforce the terms of the Full And Final Settlement Agreement And General Release.

Unless a notice of dismissal is filed before the defendant serves an answer or motion for summary judgment or a stipulation is signed by all parties who have appeared, the action may be dismissed at the plaintiff's request only by court order. *See* Fed. R. Civ. P. 41(a).  Further, the Court cannot enforce the terms of the final settlement agreement unless the agreement is filed with the Court.

Accordingly, it is now **ORDERED** as follows:

1.    This case is dismissed with prejudice at the plaintiff's request pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.      Pursuant to N.D. Fla. Loc. R. 16.2(D) the Clerk is directed to close the file, subject to the right of any party to move within 60 days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment.

3.      If the parties want the Court to retain jurisdiction to enforce the terms of the Full And Final Settlement Agreement And General Release the parties must file the agreement with the Court. The agreement may be filed under seal if the parties agree that the terms of the settlement must remain confidential.

**DONE AND ORDERED** this 27th day of December, 2011.


*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge